IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | |
| **JAMES EDWARD JONES,** | * | Criminal No.: CCB-05-0331 |
| | | Civil No. :    CCB-14-1798 |
| Petitioner. | * | |

...oOo...

## GOVERNMENT'S MOTION TO STAY PROCEEDINGS

The United States of America, by its undersigned counsel, hereby files this Motion to Stay proceedings regarding the second Motion to Vacate or Correct Illegal Sentence pursuant to 28 U.S.C. § 2255 filed by the Petitioner. For the reasons stated below, the Court should grant the Motion to Stay Proceedings and suspend the briefing schedule in this case.

1. Defendant filed a second motion for post-conviction relief on August 11, 2014, relying upon *Descamps v. United States*, 133 S.Ct. 2276 (2013) which held that under the Armed Career Criminal Act, 18 U.S.C. 924(e), the sentencing court may not apply the modified categorical approach when the crime of the underlying predicate offense has a single, indivisible set of elements. *Id.* at 2296.

2. On April 8, 2014 the Fourth Circuit decided *United States v. Whiteside*, 748 F.3d 541 (4th Cir. 2014). *Whiteside* held that as a matter of first impression, an erroneous application of the career offender enhancement (often equated to sentencing enhancements under the Armed Career Criminal Act) amounts to a fundamental miscarriage of justice that is cognizable on collateral review. *Whiteside* also held that the one year statute of limitations would be equitably tolled for a

1

defendant so affected who files for post-conviction relief.

3. On July 10, 2014, the Fourth Circuit granted a petition for rehearing *en banc* on the issues presented in *Whiteside* and which are certainly dispositive of Petitioner's claim to be entitled to a re-sentencing as a non- Armed Career Criminal, even though he was in fact an Armed Career Criminal at the time of his sentencing.

4. The Petitioner is incarcerated and the government does not know whether Petitioner objects to this motion.

WHEREFORE, in the interest of judicial economy, the government moves this Court grant a stay of proceedings, and suspension of the scheduling order in this case until such time as the Fourth Circuit decides *en banc*, *Whiteside v. United States*.

> Respectfully submitted,
>
> Rod J. Rosenstein
> United States Attorney
>
> By: _____/s/_____
> A. David Copperthite
> Assistant United States Attorney
> 36 South Charles Street, Fourth Floor
> Baltimore, Maryland 21201

I HEREBY CERTIFY, that a copy of the foregoing Motion was mailed to the Petitioner at his place of incarceration.

> By: _____/s/_____
> A. David Copperthite
> Assistant United States Attorney