

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*A. David Copperthite*  *Suite 400*  *DIRECT: 410-209-4805*
*Assistant United States Attorney*  *36 S. Charles Street*  *MAIN: 410-209-4800*
*David.Copperthite@usdoj.gov*  *Baltimore, MD 21201-3119*  *FAX: 410-962-0717*

July 17, 2014

The Honorable Catherine C. Blake
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

   Re: United States v. James Jones
      Civil No: CCB 14-1798
      Crim No: CCB-05-0331

Dear Judge Blake:

   I am writing to advise the Court that a motion to stay proceedings and suspend the scheduling order in the above-referenced matter was filed in error today. I was assigned this case but was not aware that another AUSA had previously reached an agreement with Petitioner's counsel, Mr. Patel, to resolve the matter. Therefore, I am requesting the Court allow the government to withdraw the motion to stay proceedings and suspend the scheduling order.

   I apologize for any inconvenience caused the Court. This office is being flooded with motions in response to the recent Supreme Court and Fourth Circuit decisions affecting career offender and armed career criminal sentencings. If you have any questions, please feel free to contact me at your convenience.

                                           Very truly yours,

                                           _____/s/_____
                                           A. David Copperthite
                                           Assistant United States Attorney

cc: Paresh S. Patel, Esq.